IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID L. PEARL,
INDIVIDUALLY AND AS
TRUSTEE OF THE PEARL'S
TRUST DATED OCTOBER 22,
2003,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5732

 Appellant,

v.

SCOTT SUTTER AND STATE
OF FLORIDA,
CONSTRUCTION INDUSTRY
LICENSING BOARD,
RECOVERY FUND,

 Appellee.

_____/

Opinion filed September 19, 2014.

An appeal from the Construction Industry Licensing Board.
Robert Moody, Chairman.

David L. Pearl, pro se, Appellant.

J. Layne Smith, General Counsel, and Garnett W. Chisenhall, Chief Appellate
Counsel, Tallahassee, for Appellee.


PER CURIAM.

 AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.